ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 6 2004
U.S. COURT OF FEDERAL CLAIMS

**AEC SERVICES, INC.**
**(A Maryland Corporation)**
**2010 Kendall Street, N.E.**
**Washington, D.C. 20002**

*Plaintiff,*

**vs.**

**THE UNITED STATES**

*Defendant.*

**No:** 04-1737C

**COMPLAINT**

Plaintiff, AEC Services, Inc. ("AEC"), by counsel, hereby files this Complaint against The United States, Department of Veteran's Affairs (hereinafter "VA"), and for cause states as follows:

**JURISDICTIONAL STATEMENT**

1. Jurisdiction of this matter is conferred by 28 U.S.C. § 1491(a)(1) as this is a claim against the United States upon an express or implied contract with the United States. Jurisdiction of this matter is further conferred by 28 U.S.C. § 1491(a)(2) as this action arises from an appeal of a contracting officer's decision under the Contract Disputes Act of 1978, 41 U.S.C. §§ 601 *et. seq.*

**FACTS COMMON TO ALL COUNTS**

2. AEC is a Maryland corporation with its principal place of business located in the District of Columbia. AEC is engaged in the business of construction contracting.

3. AEC contracted with the VA to provide certain services pursuant to an open contract, Contract No. V688C-1528 (the "Contract").

4. Pursuant to the Contract, the VA issued Task Order No. 1 also known as Purchase Order No. 688-C30415 for the "Patient Dining Room Renovation" located at the VA Medical Center, 50 Irving Street, NW, Washington, D.C. 20422 (hereinafter "the Project") for a price of $131,478.00. A copy of the purchase order is attached hereto as Exhibit 1and incorporated by reference herein.

5. At the direction of the VA, AEC commenced performance of the work under the Contract.

**COUNT I**
**Declaratory and Injunctive Relief**
**(Issuance of Improper Cure Notice)**

6. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 5 above as if fully set forth herein.

7. By letter dated August 29, 2004 (intended to be April 29, 2004), the VA issued a document entitled "CURE NOTICE" which required AEC to respond by close of business and threatened a termination of the Contract by Default. A copy of the notice is attached hereto as Exhibit 2 and incorporated by reference herein. Such notice was improper as the Contract requires the government to provide a 10 day cure period (FAR § 52.249-8). Furthermore, the issues raised were construction maintenance items that had already been resolved prior to receipt of the notice.

8. AEC immediately responded by letter dated April 29, 2004, to inform the VA that the issues were already resolved. A copy of AEC's response is attached hereto as Exhibit 3 and incorporated by reference herein.

9. On June 17, 2004, AEC, by and through counsel, requested the VA to

withdraw the Cure Notice as it was improper pursuant to the Contract. A copy of the request is attached hereto as Exhibit 4 and incorporated by reference herein.

10. On September 9, 2004, AEC's counsel again requested the Cure Notice be revoked and for the contracting officer to render a final decision pursuant to the Contract's dispute clause (FAR § 52.233-1(e)). A copy of this letter is attached hereto as Exhibit 5 and incorporated by reference herein.

11. To date, the VA has not withdrawn the Cure Notice or responded to AEC's letter dated April 29 or AEC's counsel's letters dated June 17, 2004, and September 9, 2004 (Exhibits 3-5).

12. As a result of the VA's improper Cure Notice, AEC is irreparably harmed as such a notice in its record may result in a determination of non-responsibility in future procurement, or even raise the possibility of debarment.

13. A balancing of the hardships favors the granting of declaratory and injunctive relief as the harm suffered by AEC if no declaratory of injunctive relief is granted is much greater than the hardship the VA will suffer by withdrawing the Cure Notice.

14. It is in the public's interest to grant declaratory and injunctive relief to encourage competition on public projects by responsible contractors. The public's interest would be harmed if AEC, a responsible contractor, is unjustly disqualified as a responsible bidder or faced the possibility of debarment because of the improper Cure Notice.

15. Pursuant to the Contract Disputes Act 41 U.S.C. § 605©)(5), the failure of the VA to respond to AEC's request for a final determination within 60 days of the request is deemed a denial, making this appeal of the decision proper.

WHEREFORE, AEC Services, Inc., hereby requests that this Honorable Court reverse the decision of the contracting officer, enter a declaratory judgment stating that the Cure Notice was improper, order The United States, Department of Veteran's Affairs to withdraw the Cure Notice, and for such other relief that this Court deems appropriate.

**COUNT II**
**Equitable Adjustment of the Contract**
**(Failure to Grant an Equitable Adjustment of the Contract)**

16. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 15 above as if fully set forth herein.

17. During the construction of the Project, the VA requested additional work outside the scope of the Contract. For each request for additional work, AEC was directed to complete the work and submit change order proposals for an equitable adjustment of the Contract price and time pursuant to the changes clause of the Contract (FAR 52 § 243-4).

18. On May 19, 2004, AEC submitted change order proposal PC04 -Additional Containment, in the amount of $14,852.96 (plus an additional 9 days). A copy of the change order proposal is attached hereto as Exhibit 6 and incorporated by reference herein.

19. On May 24, 2004, AEC submitted change order proposal PC05 - Increased Insulation Cost, in the amount of $25,714.10. A copy of the change order proposal is attached hereto as Exhibit 7 and incorporated by reference herein.

20. On June 9, 2004, AEC submitted change order proposal PC07 - Wall Cover Time Extension, in the amount of $4,129.00 (plus time extension to July 23, 2004). A copy of the change order proposal is attached hereto as Exhibit 8 and incorporated by reference herein.

21. The VA has failed and refused to process the change order proposals or equitably adjust the Contract in accordance with the Contract despite demand thereby damaging AEC in the amount of $44,696.06.

22. On September 30, 2004, AEC requested the VA's contracting officer to render a final decision on the change orders pursuant to the Contract's dispute clause (FAR § 52.233-1(e)). A copy of this letter is attached hereto as Exhibit 9 and incorporated by reference herein.

23. The VA received the September 30, 2004, letter by certified mail on October 4, 2004, as evidenced by the return receipt card and postal tracking confirmation. A copy of the return receipt card and tracking information is attached hereto as Exhibit 10 and incorporated by reference herein.

24. To date, the VA has not responded to AEC's request for a final determination dated September 30 (Exhibit 9). Pursuant to the Contract Disputes Act 41 U.S.C. § 605(c)(5), the failure of the VA to respond to AEC's request for a final determination within 60 days of the request is deemed a denial, making this appeal of the decision proper.

WHEREFORE, AEC Services, Inc. hereby requests that this Honorable Court reverse the decision of the contracting officer, enter judgment in its favor and against The United States, Department of Veteran's Affairs in the amount of $44,696.06 as an equitable adjustment of the Contract plus interest and costs of this action, and for such other relief as this Court finds appropriate.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By: ______________________

Donald H. Spence, Jr., Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax

Attorneys for AEC Services, Inc.

# SOLICITATION, OFFER AND AWARD (Construction, Alteration, or Repair)

1. SOLICITATION NO: 688-81-02
2. TYPE OF SOLICITATION: SEALED BID (IFB) / X NEGOTIATED (RFP)
3. DATE ISSUED: 8/28/02
PAGE OF PAGES: 1 of 189

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

4. CONTRACT NO
5. REQUISITION/PURCHASE REQUEST NO
6. PROJECT NO.

7. ISSUED BY CODE
8. ADDRESS OFFER TO

Dept. of Veterans Affairs Medical Center
Purchasing and Contracts (90C)
50 Irving Street, NW
Washington, DC 20422

Contracting Officer

9. FOR INFORMATION CALL: A. NAME La Keisha Wiley-Bess B. TELEPHONE NO (Include area code) (NO COLLECT CALLS) (202) 745-8420

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

Contractor shall provide all necessary tools, labor, materials and equipment to renovate the patient dining room.

11. The Contractor shall begin performance within 10 calendar days and complete it within 60 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [ ] mandatory, [ ] negotiable. (See ____________.)

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.)
[ ] YES [X] NO

12B. CALENDAR DAYS

13. ADDITIONAL SOLICITATION REQUIREMENTS.

A. Sealed offers in original and 2 copies to perform the work required are due at the place specified in Item 8 by 2:00PM (hour) local time 9/18/02 (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, the date and time offers are due.

B. An offer guarantee [ ] is, [X] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

14. NAME AND ADDRESS OF OFFEROR
(Include ZIP Code)

AEC Services Inc
814 W. DIAMOND AVENUE
SUITE 222
GAITHERSBURG, MD 20878

15. TELEPHONE NO. (Include area code)
(301) 258-9419

16. REMITTANCE ADDRESS (Include only if different than Item 14)

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 60 calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

AMOUNTS | BASE BID $193,728.00
| ALT.# 1 $5,010.00

**Revised proposal dated 9/26/02 in the amount of $131,478.00 is accepted.**

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | None | | | |
|---|---|---|---|---|
| DATE | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
Orlando Alvarado Jr., President

20B. SIGNATURE
[signature]

20C. OFFER DATE
18 Sept 02

STANDARD FORM 1442 BACK (REV. 4-85) Prescribed by GSA

AWARD (To be completed by Government)

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN ITEM
(4 copies unless otherwise specified)

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO:
[ ] 10 USC 2304(c) [X] 15 USC 637(a)

26. ADMINISTERED BY CODE 90C

27. PAYMENT WILL BE MADE BY CODE 09-4V

CHIEF FINANCIAL OFFICER

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

28. [ ] NEGOTIATED AGREEMENT (Contractor is required to sign this document and return copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

29. [ ] AWARD (Contractor is not required to sign this document.) Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| | |
|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or Print)<br>Orlando Alvarado Jr. President | 31A. NAME OF CONTRACTING OFFICER (Type or Print)<br>LA KEISHA WILEY-BESS |
| 30B. SIGNATURE | 31B. UNITED STATES OF AMERICA<br>By Diane A. France |
| 30C. DATE | 31C. AWARD DATE<br>7/3/03 |

*REPRINT* PURCHASE ORDER FOR SUPPLIES OR SERVICES (JUL 03. 2003@14:35:18)

ISSUING OFFICE:
Dept. of Veterans Affairs Medical Center
50 IRVING STREET NW
WASHINGTON. DC 20422

REQUESTING SERVICE:
PROJECTS (ENGINEERING)(138D)

DEL. TO:

VENDOR:
A E C SERVICES INC
814 W.DIAMOND AVENUE
Suite 120
Washington DC 20011

202-723-9061 FAX: 202-723-9062
FMS Vendor Code: 521774419

SHIP TO:
WAREHOUSE C30415
V.A. Medical Center
50 IRVING STREET NW
WASHINGTON. DC 20422

DELIVERY HOURS:
8 AM TO 4 PM

FOB POINT: DESTINATION
GOV'T BL #:
PURCHASE ORDER
DELIVER ON/BEFORE 9/30/2003
DISCOUNT TERM: NET30
SHIP VIA:

PROPOSAL: 688-81-02

CONTRACT: V688C-1528

MAIL INVOICE TO:
FINANCIAL MGR 09-04V
VA MEDICAL CENTER
50 IRVING STREET NW
WASHINGTON. DC 20422

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| 1 | "Renovate Patient Dining Room" - Request service from contractor to provide all labor, tools, materials and equipment to renovate the patient dining room as per specs and drawings. Estimated completion time: 60 calendar days. BOC: 3220 FMS LINE: 001 CONTRACT: V688C-1528 | 1 | JB | 131478.00 | 131478.00 |

ITEMS CONTINUED ON NEXT PAGE

AUTHORITY FOR PURCHASE
RFP
CONTRACTING OFFICER
/ES/HAZEL FRANCE

P.O. NO. 688-C30415
PO DATE 7/3/2003
DATE SIGNED 7/3/2003@14:35
PHONE 202-745-8660
TOTAL: 131478.00

FUND CERTIFICATION: The supplies/services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been obligated.

APPROPRIATION: 3630160-951
COST CENTER: 854200
SOURCE CODE: SUPPLY-2 FISCAL-3
FCP/PRJ: 0100501X3

OBLIGATED BY:
BOC1: 3220 AMOUNT1: 131478.00 FMS LINE: 001

90-2138-7-ADP, JAN 1984

07/03/03 THU 14:44 FAX 20 45 8465 VA MED CNTR WASH DC

ORDER FOR SUPPLIES OR SERVICES
(CONTINUATION)
ISSUING OFFICE: DEPT. OF VETERANS AFFAIRS

PAGE NO. 2 OF 2 PAGES
DATE: 7/3/2003 PO # C30415
VENDOR: A E C SERVICES INC

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|

V.A. TRANSACTION NUMBERS:
688-03-4-951-0014

TOTALS CARRIED FORWARD TO FIRST SHEET: 0.00

90-2139-ADP, MAY 1985

2027458465 Purchasing and Cont·

DEPARTMENT OF VETERANS AFFAIRS
Medical Center
50 Irving Street NW
Washington DC 20422

In Reply Refer To:

August 29, 2004

AEC Services
814 West Diamond Avenue #120
Washington, DC 20011
Attn: Mr. Orlando Alvarado
President

Dear Mr. Alvarado:

**CURE NOTICE**

Reference is made to Contract#V688C-1528 **"Patient Dining Room Renovation"**, at this medical center.

You are hereby notified that the Government considers the following issues to be a condition that is in violation of the contract. The issues have not been resolved and is pending as of this date.

Specifically, the issues are as follows:

- Split seam in the kitchen ductwork due to a seam failure.
- Exhaust duct at the window has pulled away from the plastic. A duct taped seam failed and the duct was blowing air into the kitchen.

Therefore, unless this condition is cured, the Government will terminate for default under the terms and conditions of the Default (Fixed-Price and Service) clause of this contract. The contractor has until **close of business today** to respond to this notice in writing to the Contracting Officer with a detailed plan on how they plan to remedy this issue.

Sincerely,

HAZEL A. FRANCE
Contracting Officer

Faxed for expediency

**AEC Services, Inc.**
814 West Diamond Avenue, Suite 200
Gaithersburg, MD 20878
(301) 212-4161 fax: (301) 258-9263

April 30, 2004

Ms. Hazel France
Veterans Administration Medical Center
50 Irving Street, NW
Washington, DC 20422

Halls & Walls
VA Purchase Order No. 688-C30415
Project #: A310001, Patient Dining
CURE NOTICE

Dear Ms. France,

AEC is in receipt of your Notice of Cure (no date).

AEC is in disagreement with the position of the Veterans Administration regarding this cure notice. We are not in violation of our contract. The two issues referenced in your notice are maintenance items which have already been resolved.

The duct seam did not split. A solid section of duct was vandalized by cutting after it had been inspected and approved by Curtis Hardison (Veterans Administration) and an Air Services Supervisor at about 1:30 PM on Wednesday, April 28, 2004. Air Services was not on site when the cut duct was discovered.

Air Services has purchased all new duct which will replace the original and will be installed before the work commences. This duct will be further wrapped in clear continuous plastic. If the inner layer duct is breached the continuous run will keep the containment intact.

The Exhaust Duct at the window that had pulled away was repaired by Air Services before they left the site Wednesday April 28, 2004 and approved by Curtis Hardison (Veterans Administration). To remedy the situation at the window a solid piece of masonite will be installed at the window opening with penetrations that will be cut in the masonite thru which the flex duct will penetrate 5' beyond the window.

Sincerely,

Orlando Alvarado
President, AEC Services, Inc.

LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

*OF COUNSEL*
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

June 17, 2004

Hazel A. France, Contracting Officer
Department of Veteran's Affairs Medical Center
50 Irving Street, NW
Washington, DC 20422

***Re: AEC Services, Inc.***
***Contract No. V688C-1528***
***Patient Dining Room Renovation***

Dear Ms. France:

Please be advised that this office represents AEC Services, Inc., the VA's contractor on the above referenced project.

By letter dated August 29, 2004 (intended to be April 29, 2004), your office issued a document entitled "CURE NOTICE"(copy attached). In that letter you identify two issues which it is claimed "were a violation of the contract" that had not been resolved as of the date of the letter. AEC immediately responded by letter dated April 29, 2004, AEC informed you that both issues were construction maintenance items that had already been resolved prior to receipt of your letter. I have also attached a copy of the letter by AEC Services. To date AEC Services has received no response to its letter.

As you are well aware, the issuance of a notice of termination by default is of great concern to a government contractor. In this particular instance, it is AEC's position that the cure notice was completely unjustified and, as a matter of contract between the parties, inappropriate. The cure notice refers to the terms and conditions of the Default (Fixed-Price and Service). AEC seriously disputes that there was any actionable default which would have permitted termination at the time of the issuance of the notice. However, it should be noted that, even in the event Section 52.249-8 applies to this contract, it requires that the government provide a 10 day cure period. Your notice violated this contract clause.

AEC is concerned about the cure notice and its reflection on AEC as a government contractor. Quite simply , the letter was inappropriate under the circumstances and was improperly issued. Therefore, I am hereby requesting that you withdraw the notice and confirm that it is not in AEC Service's permanent file or other records relating to AEC's responsibility as a contractor.

Please feel free to contact me if you require any additional information with regard to this matter.

Very truly yours,

Donald H. Spence, Jr.

DHS/lmp
attachment
cc: AEC Services, Inc.

**DEPARTMENT OF VETERANS AFFAIRS**
**Medical Center**
**50 Irving Street NW**
**Washington DC 20422**

In Reply Refer To:

August 29, 2004

AEC Services
814 West Diamond Avenue #120
Washington, DC 20011
Attn: Mr. Orlando Alvarado
President

Dear Mr. Alvarado:

**CURE NOTICE**

Reference is made to Contract#V688C-1528 "**Patient Dining Room Renovation**", at this medical center.

You are hereby notified that the Government considers the following issues to be a condition that is in violation of the contract. The issues have not been resolved and is pending as of this date.

Specifically, the issues are as follows:

- Split seam in the kitchen ductwork due to a seam failure.
- Exhaust duct at the window has pulled away from the plastic. A duct taped seam failed and the duct was blowing air into the kitchen.

Therefore, unless this condition is cured, the Government will terminate for default under the terms and conditions of the Default (Fixed-Price and Service) clause of this contract. The contractor has until **close of business today** to respond to this notice in writing to the Contracting Officer with a detailed plan on how they plan to remedy this issue.

Sincerely,

Hazel A. France

HAZEL A. FRANCE
Contracting Officer

Faxed for expediency

**AEC Services, Inc.**
814 West Diamond Avenue, Suite 200
Gaithersburg, MD 20878
(301) 212-4161 fax: (301) 258-9263

April 30, 2004

Ms. Hazel France
Veterans Administration Medical Center
50 Irving Street, NW
Washington, DC 20422

Halls & Walls
VA Purchase Order No. 688-C30415
Project #: A310001, Patient Dining
CURE NOTICE

Dear Ms. France,

AEC is in receipt of your Notice of Cure (no date).

AEC is in disagreement with the position of the Veterans Administration regarding this cure notice. We are not in violation of our contract. The two issues referenced in your notice are maintenance items which have already been resolved.

The duct seam did not split. A solid section of duct was vandalized by cutting after it had been inspected and approved by Curtis Hardison (Veterans Administration) and an Air Services Supervisor at about 1:30 PM on Wednesday, April 28, 2004. Air Services was not on site when the cut duct was discovered.

Air Services has purchased all new duct which will replace the original and will be installed before the work commences. This duct will be further wrapped in clear continuous plastic. If the inner layer duct is breached the continuous run will keep the containment intact.

The Exhaust Duct at the window that had pulled away was repaired by Air Services before they left the site Wednesday April 28, 2004 and approved by Curtis Hardison (Veterans Administration). To remedy the situation at the window a solid piece of masonite will be installed at the window opening with penetrations that will be cut in the masonite thru which the flex duct will penetrate 5' beyond the window.

Sincerely,

Orlando Alvarado
President, AEC Services, Inc.

LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

*OF COUNSEL*
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

September 9, 2004

***VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED***
Hazel A. France, Contracting Officer
Department of Veteran's Affairs Medical Center
50 Irving Street, NW
Washington, DC 20422

***Re: AEC Services, Inc.***
***Contract No. V688C-1528***
***Patient Dining Room Renovation***

Dear Ms. France:

On June 17, 2004, this office sent to you a letter regarding the cure notice your office issued April 29, 2004. A copy of that letter is attached.

To date, AEC has received no written response to that letter. As you are aware, the issuance of this cure notice and the threat of default termination is of great concern to AEC Services. If left unrevoked, this determination by your office could result in a finding of non-responsibility in a future procurement, or even raise the possibility of debarment. As it is clear this cure notice was improperly issued, I am again requesting its revocation.

Please accept this letter as a claim under the contract disputes clause, FAR52.233-1. Under section (e) of this clause, you are required to render a final decision on the request within sixty (60) days. Should you fail to provide the required written decision, AEC will file the appropriate appeal.

Please feel free to contact me if you have any additional questions regarding this matter.

Very truly yours,

Donald H. Spence, Jr.

DHS/lmp
attachment
cc: AEC Services, Inc.

**AEC Services, Inc.**
930 Kennedy Street, N.W., Suite 250
Washington, D.C. 20011
(202) 723-9061 Fax: (202) 723-9061

---

May 19, 2004

Ms. Hazel France
VAMC
50 Irving Street
Washington, DC 20422

Project: Renovate Patient Dining
Contract No.: V688C-1528
A310001-21004

Dear Ms. France,

We are pleased to present our cost proposal in the amount of Fourteen Thousand Eight Hundred Fifty-Two and 96/100 ($14,852.96) to provide additional containment in the 1A Corridor for asbestos removal in the Patient Dining Area. The duct was shown on the drawing as being within the Patient Dining space; however it was actually at the 1A Corridor wall requiring removal from the 1A Corridor side. We have included a credit for all ACM that was not removed on top of the ductwork and a cost for additional ACM removal that was not identified in the documents supplied to AEC by the VA.

Due to delays in direction regarding the unreachable amosite on top of the ductwork, AEC request a project time extension of (9) days.

We reserve all of our rights to future compensation should we determine this change caused further impacts to the project.

Thank you for the opportunity to present this change order request. Should have any questions, please contact me at (301) 212-4361.

Sincerely,

Rick Lombardo
Project Manager
AEC Services, Inc.

# PCO - 4

**Project:** Patient Dining — 19-May-04
SUBJECT: Additional Containment
PROJECT: A310001-21004

| PAGE NUMBER | TOTAL MATERIAL | TOTAL LABOR | TOTAL SUBS | TOTAL RAW |
|---|---|---|---|---|
| **Sheet 2 Totals** | 0.00 | 4,140.00 | 8,629.00 | 12,769.00 |
| | | | | |
| | 0.00 | 4,140.00 | 8,629.00 | 12,769.00 |
| | 5.75% | | | |
| Tax | 0.00 | | | 0.00 |
| | | | 10% | |
| Fee | | | 862.90 | 862.9 |
| Labor Burden | | 30.46% | | |
| | | 1261.04 | | |
| *Labor & Material* | | *4,140.00* | | |
| *Raw Cost* | | | | |
| 10% Overhead | | 10.00% | | |
| | | 414.00 | | 414.00 |
| Subtotal | | 4,554.00 | | |
| 10% Profit | | 10% | | |
| | | 455.40 | | 455.40 |
| Subtotal | | 5,009.40 | | |
| Subtotal | | | | 14,501.30 |
| Bond | | | | 2.43% |
| Bond Total | | | | 351.66 |
| **TOTAL** | | | | **14,852.96** |

PCO NO.4 A310001-21004

| ITEM | DESCRIPTION | QTY | UNIT | MAT UNIT PRICE $ | TOTAL MAT $ | LABOR QTY | UNIT | LABOR HRS | LABOR RATE $ | TOTAL LABOR $ | SUB PRICE $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | *General Conditions* | | | | | | | | | | |
| | Project Manager (1/2 Time) | 9 | Days | 0.00 | 0.00 | 0.00 | | 36.00 | 55.00 | 1,980.00 | 0.00 |
| | Supervision | 9 | Days | 0.00 | 0.00 | 0.00 | | 72.00 | 30.00 | 2,160.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | *Construction* | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Air Services** | 1 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 0.00 | 8,629.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | | | | | 4,140.00 | 8,629.00 |

— AEC SERVICES INC.˜ EST NO: 02076

CUSTOMER: EST BY: MMC
VA MEDICAL CENTER
DUE DATE: 5/17/04

PROJECT:
PATIENT DINING ROOM (1 PHASE)
ADJUSTED FOR AMOSITE
ADDITIONAL CONTAINMENT IN HALLWAYS/CREDIT FOR DUCT INSULATION NOT REMOVED

| DESCRIPTION | QUANTITY | LABOR | DAYS |
|---|---|---|---|
| B. CONTAINMENT WORK | | | |
| 7. Install cont plastic (per layer) | | | |
| a. Floors (3 LAYERS) | [ 7413 ] sf | 44 | |
| b. Walls (adj for height) | [ 2832 ] sf | 46 | |
| SUBTOTAL / MANDAYS------> | | 90 | 11 |

| DESCRIPTION | QUANTITY | LABOR | DAYS |
|---|---|---|---|
| D. DEMO. OF ASBESTOS CONT. ITEMS | | | |
| 7. Ductwork Insulation | | | |
| a. General | [ -575 ] sf | -70 | |
| SUBTOTAL / MANDAYS------> | | -70 | -9 |

| E. CLEANING & ENCAPSULATION | QUANTITY | LABOR | DAYS |
|---|---|---|---|
| 7. Ductwork | | | |
| a. General | -575 | -20 | |
| b. Encapsulate exposed edges | [ 220 ] lf | 11 | |
| 10. Clean & amend poly | 10245 | 89 | |
| SUBTOTAL / MANDAYS------> | | 80 | 10 |

| F. DISMANTLE, CLEAN-UP, PUNCH LIST & MISC | QUANTITY | LABOR | DAYS |
|---|---|---|---|
| 7. Final clean | 3707 | 47 | |
| SUBTOTAL / MANDAYS------> | | 47 | 6 |

H. TIME & MEN

| | DESCRIPTION | MAN HRS | MAN DAYS | CREWMEN | DAYS |
|---|---|---|---|---|---|
| B | CONTAINMENT WORK | 90 | 11.3 | 10 | 1.1 |
| D | DEMO OF ASBESTOS CONT. ITEMS | -70 | -8.8 | 10 | -0.9 |
| E | CLEANING & ENCAPSULATION | 80 | 10.0 | 10 | 1.0 |
| F | DISMANTLING, CLEAN-UP, PUNCH LIST & MISC | 47 | 5.9 | 10 | 0.6 |
| | SUBTOTAL | 147 | 18 | | 2 |

| I. | CONSUMABLES | QUANTITY | COST / UNIT | LABOR | MATERIAL | OTHER |
|---|---|---|---|---|---|---|
| | Asbestos bags | 120 | 0.66 / BAG | | $79 | |
| | Disposable suits -White Tyvek | 30 | 3.6 / EA | | $108 | |
| | Disposable towels | 100 | 0.0733 / EA | | $7 | |
| | Duct tape | 35 | 3.40 / ROLL | | $118 | |
| | Encapsulant | 3 | 20.40 / GAL | | $51 | |
| | Filter for AFD | 18 | 22.20 / Day | | $400 | |
| | Gloves | 3 | 0.63 / EA | | $2 | |
| | Poly - Flame Resistant | 10245 | 0.0300 / SF | | $307 | |
| | Respirator Cart - PAPR | [ 20 ] | 11.85 / EA | | $237 | |
| | Spray glue | 26 | 1.92 / EA | | $49 | |
| | Double sided tape | [ 20 ] | 7.3 / EA | | $146 | |
| | Wire brush | 6 | 2.5 / EA | | $15 | |
| | OSHA Labels | 60 | 0.06 / EA | | $4 | |
| | SUBTOTAL---------------------------------------------> | | | $0 | $1,523 | $0 |

| K. | ASBESTOS EQUIPMENT | QUANTITY | COST / UNIT | LABOR | MATERIAL | OTHER |
|---|---|---|---|---|---|---|
| | Dumpster | [ 3.44 ] | 45.625 / EA | | | $157 |
| | Micro Trap | [ 6 ] | 85.43 / MONTH | | | $51 |
| | Binks Sprayer | [ 1 ] | 110 / MONTH | | | $11 |
| | Pullman Holt Vacuum | [ 4 ] | 56.6 / MONTH | | | $23 |
| | Manometer | [ 1 ] | 86 / MONTH | | | $9 |
| | SUBTOTAL---------------------------------------------> | | | $0 | $0 | $250 |

| L. | PROJECT EQUIPMENT | QUANTITY | COST / UNIT | LABOR | MATERIAL | OTHER |
|---|---|---|---|---|---|---|
| | Ladders | [ 7 ] | 0.92 / DAY | | | $7 |
| | SUBTOTAL---------------------------------------------> | | | $0 | $0 | $7 |

| M. | MISC. INDIRECTS | QUANTITY | COST / UNIT | LABOR | MATERIAL | OTHER |
|---|---|---|---|---|---|---|
| | OSHA Monitoring | 3 | 400 / DAY | | | $1,200 |
| | Overtime Expense | 7 | 8.14 / Hr | $60 | | |
| | SUBTOTAL---------------------------------------------> | | | $60 | $0 | $1,200 |

| N. | INDIRECT LABOR | QUANTITY | COST / UNIT | LABOR | MATERIAL | OTHER |
|---|---|---|---|---|---|---|
| | Project Manager | 1 | 32 / HR | $47 | | |
| | Superintendent | 15 | 25 / HR | $368 | | |
| | SUBTOTAL---------------------------------------------> | | | $416 | $0 | $0 |

O. TOTALS

| | DESCRIPTION | MAN HRS | $ RATE | LABOR | MATERIAL | SUBS & OTHERS |
|---|---|---|---|---|---|---|
| B | CONTAINMENT WORK........................ | 90 | 16.28 | $1,466 | | |
| D | DEMO OF ASBESTOS CONT. ITEMS............ | -70 | 16.28 | ($1,142) | | |
| E | CLEANING & ENCAPSULATION................ | 80 | 16.28 | $1,303 | | |
| F | DISMANTLING, CLEAN-UP,PUNCH LIST & MISC | 47 | 16.28 | $772 | | |
| H | BAG OUT CREW............................ | 1 | 16.28 | $20 | | |
| | SUBTOTAL | 149 | | $2,419 | $0 | $0 |
| | CONSUMABLES............................. | | | $0 | $1,523 | $0 |
| | TOOLS AND SUPPLIES...................... | | | $0 | $0 | $0 |
| | ASBESTOS EQUIPMENT...................... | | | $0 | $0 | $250 |
| | PROJECT EQUIPMENT....................... | | | $0 | $0 | $7 |
| | MISC. INDIRECTS......................... | | | $60 | $0 | $1,200 |
| | INDIRECT LABOR.......................... | | | $416 | $0 | $0 |
| | SUBTOTAL | | | $2,894 | $1,523 | $1,457 |
| | PRT&I.................................. | [ 0.2293 ] | | $664 | | |
| | SALES TAX.............................. | 0.05 | | | $76 | |
| | SUBTOTAL | | | $3,558 | $1,600 | $1,457 |

| | | |
|---|---|---|
| TOTAL COST———> | | $6,615 |
| A. TOTAL COSTS LESS SUBS | | $5,415 |
| OVERHEAD 10% | | $542 |
| SUBTOTAL | | $5,957 |
| PROFIT 10% | | $596 |
| SUBTOTAL A. | | $6,552 |
| B. TOTAL SUBS COSTS | | $1,200 |
| OVERHEAD 5% | | $60 |
| SUBTOTAL | | $1,260 |
| PROFIT 5% | | $63 |
| SUBTOTAL B. | | $1,323 |
| TOTAL A. & B. | | $7,875 |
| Insurance ance.... | 6.9% | $543 |
| DC Fees | | $0 |
| Bonding 2.5% | | $210 |
| TOTAL AMOUNT———> | | $8,629 |

# VA Medical Center
## Patient Dining Room Renmovations
## First Floor

May 19, 2004

| ID | ✓ | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 1 | | **Patient Dinning** | **66 days** | **Fri 4/9/04** | **Thu 6/17/04** |
| 2 | ✓ | Notice to Proceed | 0 days | Fri 4/9/04 | Fri 4/9/04 |
| 3 | ✓ | Mobilization | 10 days | Fri 4/9/04 | Thu 4/22/04 |
| 4 | ✓ | Asbestos Notification | 13 days | Fri 4/9/04 | Sun 4/25/04 |
| 5 | ✓ | ACM Removal | 23 days | Mon 4/26/04 | Tue 5/18/04 |
| 6 | | Demo, W/C, Base,Handrail | 2 days | Wed 5/19/04 | Thu 5/20/04 |
| 7 | | Demo Grilles & Diffusers | 2 days | Wed 5/19/04 | Thu 5/20/04 |
| 8 | | Demo/ Clean Lighting Fixtures | 2 days | Wed 5/19/04 | Thu 5/20/04 |
| 9 | | Insulate Duct at ACM Removal | 10 days | Fri 5/21/04 | Sun 5/30/04 |
| 10 | | Wall Preparation | 4 days | Mon 5/31/04 | Thu 6/3/04 |
| 11 | | Paint Walls | 3 days | Fri 6/4/04 | Sun 6/6/04 |
| 12 | | Hang Wallcoverings | 2 days | Mon 6/7/04 | Tue 6/8/04 |
| 13 | | Install Ceiling Grid and Tiles | 3 days | Wed 6/9/04 | Fri 6/11/04 |
| 14 | | Install New Flooring & Base | 4 days | Sat 6/12/04 | Tue 6/15/04 |
| 15 | | Install New Corner Guards | 2 days | Wed 6/16/04 | Thu 6/17/04 |




| | | | | | |
|---|---|---|---|---|---|
| Task | | Summary | | Split | |
| Task Progress | | Rolled Up Task | | External Tasks | |
| Critical Task | | Rolled Up Critical Task | | Project Summary | |
| Critical Task Progress | | Rolled Up Milestone | ◇ | | |
| Milestone | ◆ | Rolled Up Progress | | | |

*AEC Services, Inc.*

**AEC Services, Inc.**
930 Kennedy Street, N.W., Suite 250
Washington, D.C. 20011
(202) 723-9061 Fax: (202) 723-9061

May 24, 2004

Ms. Hazel France
VAMC
50 Irving Street
Washington, DC 20422

Project: Renovate Patient Dining
Contract No.: V688C-1528
A310001-21005

Dear Ms. France,

We are pleased to present our cost proposal in the amount of Twenty-Five Thousand Seven Hundred Fourteen and 10/100 ($25, 714.10) for the increase cost of insulation that is over and above the original quote submitted by AEC Services in September 2002. Please find attached the quotes from (2) subcontractors for your review.

There is no additional delay to the project at his time however the installation of this insulation will take 2-3 weeks. The current scheduled completion date is requested to be June 17, 2004 per PCO No. 4 sent 5/19/04

We reserve all of our rights to future compensation should we determine this change caused further impacts to the project.

Thank you for the opportunity to present this change order request. Should have any questions, please contact me at (301) 212-4361.

Sincerely,

Rick Lombardo
Project Manager
AEC Services, Inc.

# PCO - 5

Project: Patient Dining
SUBJECT: Increased Insulation Cots
PROJECT: A310001-21004

24-May-04

| PAGE NUMBER | TOTAL MATERIAL | TOTAL LABOR | TOTAL SUBS | TOTAL RAW |
|---|---|---|---|---|
| Sheet 2 Totals | 0.00 | 0.00 | 22,823.00 | 22,823.00 |
| | | | | |
| | 0.00 | 0.00 | 22,823.00 | 22,823.00 |
| | 5.75% | | | |
| Tax | 0.00 | | | 0.00 |
| Fee | | | 10% | |
| | | | 2,282.30 | 2282.3 |
| Labor Burden | | 30.46% | | |
| | | 0.00 | | |
| *Labor & Material* | | | | |
| *Raw Cost* | | *0.00* | | |
| 10% Overhead | | 10.00% | | |
| | | - | | |
| Subtotal | | 0.00 | | 0.00 |
| 10% Profit | | 10% | | |
| | | - | | |
| Subtotal | | 0.00 | | 0.00 |
| Subtotal | | | | 25,105.30 |
| Bond | | | | 2.43% |
| Bond Total | | | | 608.80 |
| **TOTAL** | | | | **25,714.10** |

PCO NO.5

A310001-21005

| ITEM | DESCRIPTION | QTY | UNIT | MAT UNIT PRICE $ | TOTAL MAT $ | LABOR QTY | UNIT | LABOR HRS | LABOR RATE $ | TOTAL LABOR $ | SUB PRICE $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ***General Conditions*** | | | | | | | | | | |
| | Project Manager (1/2 Time) | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 55.00 | 0.00 | 0.00 |
| | Supervision | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***Construction*** | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | Insulation Subcontractor | 1 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 0.00 | 40,810.00 |
| | Original Pricing September 26, 2004 | 1 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 0.00 | (17,987.00) |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | | | | | 0.00 | 22,823.00 |

8

AEC Services, Inc.
930 Kennedy Street, N.W., Suite 250
Washington, D.C. 20011
(202) 723-9061 Fax: (202) 723-9061

June 9, 2004

Ms. Hazel France
VAMC
50 Irving Street
Washington, DC 20422

Project: Renovate Patient Dining
Contract No.: V688C-1528
A310001-21007

Dear Ms. France,

We are pleased to present our cost proposal in the amount of Four Thousand One Hundred Twenty-Nine and 00/100 ($4,129.00) for extended General Conditions due to the expected late arrival of the specified IS-2074 Wall Coverings. This proposal is based on a wall covering delivery date of (6) weeks as advised by Duron (wall covering manufacturer)

AEC requests a time extension to July 23, 2004

We reserve all of our rights to future compensation should we determine this change caused further impacts to the project.

Thank you for the opportunity to present this change order request. Should have any questions, please contact me at (301) 212-4361.

Sincerely,

Rick Lombardo
Project Manager
AEC Services, Inc.

# PCO - 7

**Project:** Patient Dining
SUBJECT: Wallcovering Time Extension
PROJECT: A310001-21007

09-Jun-04

| PAGE NUMBER | TOTAL MATERIAL | TOTAL LABOR | TOTAL SUBS | TOTAL RAW |
|---|---|---|---|---|
| **Sheet 2 Totals** | 0.00 | 3,332.00 | 0.00 | 3,332.00 |
| | | | | |
| | 0.00 | 3,332.00 | 0.00 | 3,332.00 |
| | 5.75% | | | |
| Tax | 0.00 | | | 0.00 |
| | | | 10% | |
| Fee | | | 0.00 | 0 |
| Labor Burden | | 30.46% | | |
| | | 1014.93 | | |
| *Labor & Material* | | *3,332.00* | | |
| *Raw Cost* | | | | |
| 10% Overhead | | 10.00% | | |
| | | 333.20 | | 333.20 |
| Subtotal | | 3,665.20 | | |
| 10% Profit | | 10% | | |
| | | 366.52 | | 366.52 |
| Subtotal | | 4,031.72 | | |
| Subtotal | | | | 4,031.72 |
| Bond | | | | 2.43% |
| Bond Total | | | | 97.77 |
| **TOTAL** | | | | **4,129.49** |

PCO NO.7

A310001-21007

| ITEM | DESCRIPTION | QTY | UNIT | MAT UNIT PRICE $ | TOTAL MAT $ | LABOR QTY | UNIT | LABOR HRS | LABOR RATE $ | TOTAL LABOR $ | SUB PRICE $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | *General Conditions* | | | | | | | | | | |
| | Project Manager (1/2 Time) | 0 | LS | 0.00 | 0.00 | 0.00 | | 28.00 | 57.00 | 1,596.00 | 0.00 |
| | Supervision | 0 | LS | 0.00 | 0.00 | 0.00 | | 56.00 | 31.00 | 1,736.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | *Construction* | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | | | | | 3,332.00 | 0.00 |

AEC Services, Inc
930 Kennedy Street, N.W.
Washignton, D.C. 20011
PHONE: 202 723-9061 FAX: 202 723-9062

# LETTER OF TRANSMITTAL

TO:
Veterans Administration
50 Irving Street, NW
Washington, DC

Phone:
Fax:

DATE: 6/9/04 Job #: A310001
ATTENTION: Ms. Hazel France
RE:

Patient Dining

We are sending you the following items:

_____ R.F.I.
_____ Copy of Letter
_____ Submittals
X Change Orders
_____ Proposal
_____ Plans
_____ Samples
_____ Letters

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | 9-Jun-04 | | Change Order Request No. 7 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

X For approval
_____ For your use
_____ As requested
_____ Return
_____ Submit
_____ Resubmit
_____ Copies for approval
_____ Copies for dist.
_____ For Your Records

Received By: _____ Date: _____

# VA Medical Center
## Patient Dining Room Renmovations
### First Floor

June 9, 2004

| ID | ✓ | Task Name | Duration | Start | Finish | Predecessors |
|---|---|---|---|---|---|---|
| 1 | | Patient Dinning | 102 days | Fri 4/9/04 | Fri 7/23/04 | |
| 2 | ✓ | Notice to Proceed | 0 days | Fri 4/9/04 | Fri 4/9/04 | |
| 3 | ✓ | Mobilization | 10 days | Fri 4/9/04 | Thu 4/22/04 | 2 |
| 4 | ✓ | Asbestos Notification | 13 days | Fri 4/9/04 | Sun 4/25/04 | 2 |
| 5 | ✓ | ACM Removal | 23 days | Mon 4/26/04 | Tue 5/18/04 | 4 |
| 6 | ✓ | Demo, W/C, Base, Handrail | 2 days | Wed 5/19/04 | Thu 5/20/04 | 5 |
| 7 | ✓ | Demo Grilles & Diffusers | 2 days | Wed 5/19/04 | Thu 5/20/04 | 6SS |
| 8 | ✓ | Demo/ Clean Lighting Fixtures | 2 days | Wed 5/19/04 | Thu 5/20/04 | 6SS |
| 9 | ✓ | Submit HVAC Insulation Submittal | 1 day | Mon 5/24/04 | Mon 5/24/04 | 5FF+6 days |
| 10 | ✓ | HVAC Insulation Approval | 15 days | Tue 5/25/04 | Tue 6/8/04 | 9 |
| 11 | ✓ | HAVC Insulation Mobilization | 2 days | Wed 6/9/04 | Thu 6/10/04 | 10 |
| 12 | | Insulate Duct at ACM Removal | 26 days | Fri 6/11/04 | Tue 7/6/04 | 11 |
| 13 | ✓ | Wall Preparation | 4 days | Mon 5/31/04 | Thu 6/3/04 | 12 |
| 14 | ✓ | VA Wallcovering Approval | 1 day | Tue 6/8/04 | Tue 6/8/04 | |
| 15 | | Wall Covering Delivery | 42 days | Wed 6/9/04 | Tue 7/20/04 | 14 |
| 16 | | Hang Wallcoverings | 3 days | Wed 7/21/04 | Fri 7/23/04 | 15 |
| 17 | | Install Ceiling Grid and Tiles | 7 days | Wed 7/7/04 | Tue 7/13/04 | 12 |
| 18 | | Install New Flooring & Base | 3 days | Wed 7/14/04 | Fri 7/16/04 | 17 |
| 19 | | Install New Corner Guards | 1 day | Wed 7/21/04 | Wed 7/21/04 | 15 |




| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Task | | Critical Task Progress | | Rolled Up Task | | Rolled Up Progress | | Project Summary | |
| Task Progress | | Milestone | ◆ | Rolled Up Critical Task | | Split | | | |
| Critical Task | | Summary | | Rolled Up Milestone | ◇ | External Tasks | | | |

AEC Services, Inc.

9

AEC SERVICES

Corporate Office
930 Kennedy St., Suite 120
Washington, DC 20011
TEL: 202 • 723 • 9061
FAX: 202 • 723 • 9062

September 30, 2004

*VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED*
Hazel A. France, Contracting Officer
Department of Veteran's Affairs Medical Center
50 Irving Street, NW
Washington, DC 20422

*Re: AEC Services, Inc.*
*Contract No. V688C-1528*
*Patient Dining Room Renovation*

Dear Ms. France:

AEC Services has recently sent to you the following requested change orders:

1. PC04 - Additional Containment, in the amount of $14,852.96 (plus an additional 9 days) on May 19, 2004.

2. PC05 - Increased Insulation Cost, in the amount of $25,714.10 on May 24, 2004.

3. PC07 - Wall Cover Time Extension request in the amount of $4,129.00 (plus time extension to July 23, 2004) on June 9, 2004.

It has now been over ninety (90) days since the last of these requests were forwarded to your office but no formal action has been taken. Therefore, pursuant to Paragraph 52.233-1 (Disputes) of the Contract, I am hereby requesting a written final Contracting Officer's decision within sixty (60) days of receipt of this letter.

Please feel free to contact me if you require any additional information.

Very truly yours,

Rick Lombardo
Project Manager

UNITED STATES POSTAL SERVICE®

# Track & Confirm

**Current Status**

You entered 7003 0500 0001 4928 1088

Your item was delivered at 11:20 am on October 04, 2004 in WASHINGTON, DC 20422.

*Shipment Details >*

**Notification Options**

▸ **Track & Confirm by email** What is this? *Go >*

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7003 0500 0001 4928 1088

7003 0500 0001 4928 1088

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .37 | Postmark Here |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.42 | |

Sent To Hazel A. France, Contracting Officer
Street, Apt. No.; or PO Box No. 50 Irving Street, NW.
City, State, ZIP+4 Washington, DC 20422

PS Form 3800, June 2002 See Reverse for Instructions