IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC., | ) | electronically filed |
| | ) | December 15, 2004 |
| Plaintiff, | ) | |
| | ) | No. 04-1737C |
| v. | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jeffrey S. Pease as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Jeffrey S. Pease
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

s/ Jeffrey S. Pease
Jeffrey S. Pease
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-1011
Fax: (202) 514-8624

CERTIFICATE OF FILING

I hereby certify that on this 15th day of December, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease