IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AEC SERVICES, INC., Plaintiff, | ) |
| v. | ) No. 04-1737C (Judge Smith) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 31 days, to and including March 7, 2005, within which to respond to the complaint. Our response is now due on February 4, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

As a result of our initial research regarding plaintiff's allegations, it appears that some of plaintiff's claims have recently been resolved or become moot. Further, we understand that plaintiff is preparing to file an amended complaint. We require more time to research the facts and legal implications of the resolved or mooted claims, and any new claims presented in the plaintiff's forthcoming amended complaint. Therefore, we anticipate that an additional 31 days will be required to prepare an appropriate response to the complaint.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant M. Snee
BRYANT M. SNEE
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011

Attorneys for Defendant

February 3, 2005

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of February, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease