**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AEC SERVICES, INC.**<br>*Plaintiff,*<br>**vs.**<br>**THE UNITED STATES**<br>*Defendant.* | **Electronically filed**<br>**March 2, 2005**<br>**No: 04-1737C**<br>**(Judge Smith)** |

**AMENDED COMPLAINT**

Plaintiff, AEC Services, Inc. ("AEC"), by counsel, hereby files this Amended Complaint against The United States, Department of Veteran's Affairs (hereinafter "VA"), and for cause states as follows:

**JURISDICTIONAL STATEMENT**

1. Jurisdiction of this matter is conferred by 28 U.S.C. § 1491(a)(1) as this is a claim against the United States upon an express or implied contract with the United States. Jurisdiction of this matter is further conferred by 28 U.S.C. § 1491(a)(2) as this action arises from an appeal of a contracting officer's decision under the Contract Disputes Act of 1978, 41 U.S.C. §§ 601 *et. seq*.

**FACTS COMMON TO ALL COUNTS**

2. AEC is a Maryland corporation with its principal place of business located in the District of Columbia. AEC is engaged in the business of construction contracting.

3. AEC contracted with the VA to provide certain services pursuant to an open contract, Contract No. V688C-1528 (the "Contract").

4. Pursuant to the Contract, the VA issued Task Order No. 1 also known as Purchase Order No. 688-C30415 for the "Patient Dining Room Renovation" located at the VA Medical Center, 50 Irving Street, NW, Washington, D.C. 20422 (hereinafter "the Project") for a price of $131,478.00. A copy of the purchase order is attached hereto as Exhibit 1 and incorporated by reference herein.

5. At the direction of the VA, AEC commenced performance of the work under the Contract.

**COUNT I**
**Equitable Adjustment of the Contract**
**(Failure to Grant an Equitable Adjustment of the Contract)**

6. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 5 above as if fully set forth herein.

7. During the construction of the Project, the VA requested additional work outside the scope of the Contract. AEC was directed to complete the work and submit a change order proposal for an equitable adjustment of the Contract price and time pursuant to the changes clause of the Contract (FAR 52 § 243-4).

8. On May 24, 2004, AEC submitted change order proposal PC05 - Increased Insulation Cost, in the amount of $25,714.10. A copy of the change order proposal is attached hereto as Exhibit 2 and incorporated by reference herein.

9. The VA has failed and refused to process PC05 or equitably adjust the Contract in accordance with the Contract despite demand thereby damaging AEC in the amount of $25,714.10.

10. On September 30, 2004, AEC requested the VA's contracting officer render a

final decision on PC05 pursuant to the Contract's dispute clause (FAR § 52.233-1(e)). A copy of this letter is attached hereto as Exhibit 3 and incorporated by reference herein.

11. The VA received the September 30, 2004, letter by certified mail on October 4, 2004, as evidenced by the return receipt card and postal tracking confirmation. A copy of the return receipt card and tracking information is attached hereto as Exhibit 4 and incorporated by reference herein.

12. To date, the VA has not responded to AEC's request for a final determination dated September 30 (Exhibit 3). Pursuant to the Contract Disputes Act 41 U.S.C. § 605(c)(5), the failure of the VA to respond to AEC's request for a final determination within 60 days of the request is deemed a denial, making this appeal of the decision proper.

WHEREFORE, AEC Services, Inc. hereby requests that this Honorable Court reverse the decision of the contracting officer, and enter judgment in its favor and against The United States, Department of Veteran's Affairs in the amount of $25,714.10 as an equitable adjustment of the Contract plus interest and costs of this action, and for such other relief as this Court finds appropriate.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By: s/ Donald H. Spence, Jr.
Donald H. Spence, Jr., Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax

Attorneys for AEC Services, Inc.