# SOLICITATION, OFFER AND AWARD (Construction, Alteration, or Repair)

| | | | |
|---|---|---|---|
| 1. SOLICITATION NO 688-81-02 | 2. TYPE OF SOLICITATION __ SEALED BID (IFB) X NEGOTIATED (RFP) | 3. DATE ISSUED 8/28/02 | PAGE OF PAGES 1 of 139 |

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| | | |
|---|---|---|
| 4. CONTRACT NO | 5. REQUISITION/PURCHASE REQUEST NO | 6. PROJECT NO. |

| | |
|---|---|
| 7. ISSUED BY CODE<br>Dept. of Veterans Affairs Medical Center<br>Purchasing and Contracts (90C)<br>50 Irving Street, NW<br>Washington, DC 20422 | 8. ADDRESS OFFER TO<br>Contracting Officer |

| | | |
|---|---|---|
| 9. FOR INFORMATION CALL: | A. NAME La Keisha Wiley-Bess | B. TELEPHONE NO (Include area code) (NO COLLECT CALLS) (202) 745-8420 |

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

Contractor shall provide all necessary tools, labor, materials and equipment to renovate the patient dining room.

11. The Contractor shall begin performance within ___10___ calendar days and complete it within ___60___ calendar days after receiving __ award, X notice to proceed. This performance period is __ mandatory, __ negotiable. (See ______________.)

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.)
__ YES X NO

12B. CALENDAR DAYS

13. ADDITIONAL SOLICITATION REQUIREMENTS.

A. Sealed offers in original and ___2___ copies to perform the work required are due at the place specified in Item 8 by ___2:00PM___ (hour) local time ___9/18/02___ (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, the date and time offers are due.

B. An offer guarantee __ is, X is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than ___60___ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)

AEC Services Inc
314 W. DIAMOND AVENUE
SUITE 322
GAITHERSBURG, MD 20878

15. TELEPHONE NO. (Include area code)
(301) 258-9419

16. REMITTANCE ADDRESS (Include only if different than Item 14)

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 60 calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

| | | |
|---|---|---|
| AMOUNTS | BASE BID | $193,728.00 |
| | ALT.# 1 | $5,010.00 |

**Revised proposal dated 9/26/02 in the amount of $131,478.00 is accepted.**

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| | | | | |
|---|---|---|---|---|
| AMENDMENT NO. | None | | | |
| DATE | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| Orlando Alvarado Jr., President | [signature] | 18 Sept 02 |

STANDARD FORM 1442 BACK (REV.4-85) Prescribed by GSA

AWARD (To be completed by Government)

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN ITEM
(4 copies unless otherwise specified)

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO:
[ ] 10 USC 2304(c) [X] 15 USC 637(a)

26. ADMINISTERED BY CODE 90C

27. PAYMENT WILL BE MADE BY CODE 09-4V

CHIEF FINANCIAL OFFICER

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

28. [ ] NEGOTIATED AGREEMENT (Contractor is required to sign this document and return copies to issuing office.) Contractor grees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

29. [ ] AWARD (Contractor is not required to sign this document.) Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| | |
|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or Print)<br>Orlando Alvarado Jr. President | 31A. NAME OF CONTRACTING OFFICER (Type or Print)<br>LA KEISHA WILEY-BESS |
| 30B. SIGNATURE | 31B. UNITED STATES OF AMERICA<br>By *[signature]* |
| 30C. DATE | 31C. AWARD DATE<br>7/3/03 |

*REPRINT* PURCHASE ORDER FOR SUPPLIES OR SERVICES (JUL 03, 2003@14:35:18)

ISSUING OFFICE:
Dept. of Veterans Affairs Medical Center
50 IRVING STREET NW
WASHINGTON, DC 20422

REQUESTING SERVICE:
PROJECTS (ENGINEERING)(138D)

DEL. TO:

VENDOR:
A E C SERVICES INC
814 W.DIAMOND AVENUE
Suite 120
Washington DC 20011

202-723-9061 FAX: 202-723-9062
FMS Vendor Code: 521774419

SHIP TO:
WAREHOUSE C30415
V.A. Medical Center
50 IRVING STREET NW
WASHINGTON, DC 20422

DELIVERY HOURS:
8 AM TO 4 PM

FOB POINT: DESTINATION
GOV'T BL #:
PURCHASE ORDER
DELIVER ON/BEFORE 9/30/2003
DISCOUNT TERM: NET30
SHIP VIA:

PROPOSAL: 688-81-02

CONTRACT:
V688C-1528

MAIL INVOICE TO:
FINANCIAL MGR 09-04V
VA MEDICAL CENTER
50 IRVING STREET NW
WASHINGTON, DC 20422

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| 1 | "Renovate Patient Dining Room" - Request service from contractor to provide all labor, tools, materials and equipment to renovate the patient dining room as per specs and drawings.<br><br>Estimated completion time: 60 calendar days.<br>BOC: 3220 FMS LINE: 001 CONTRACT: V688C-1528 | 1 | JB | 131478.00 | 131478.00 |

ITEMS CONTINUED ON NEXT PAGE

AUTHORITY FOR PURCHASE: RFP
P.O. NO.: 688-C30415
PO DATE: 7/3/2003
TOTAL: 131478.00

CONTRACTING OFFICER: /ES/HAZEL FRANCE
DATE SIGNED: 7/3/2003@14:35
PHONE: 202-745-8660

FUND CERTIFICATION: The supplies/services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been obligated.

APPROPRIATION: 3630160-951
COST CENTER: 854200
SOURCE CODE: SUPPLY-2 FISCAL-3
FCP/PRJ: 0100501X3

OBLIGATED BY:
BOC1: 3220 AMOUNT1: 131478.00 FMS LINE: 001

90-2138-7-ADP, JAN 1984

ORDER FOR SUPPLIES OR SERVICES
(CONTINUATION)
ISSUING OFFICE: DEPT. OF VETERANS AFFAIRS

PAGE NO. 2 OF 2 PAGES
DATE: 7/3/2003 PO # C30415
VENDOR: A E C SERVICES INC

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|

V.A. TRANSACTION NUMBERS:
688-03-4-951-0014

TOTALS CARRIED FORWARD TO FIRST SHEET: 0.00