AEC Services, Inc.
930 Kennedy Street, N.W., Suite 250
Washington, D.C. 20011
(202) 723-9061 Fax: (202) 723-9061

May 24, 2004

Ms. Hazel France
VAMC
50 Irving Street
Washington, DC 20422

Project: Renovate Patient Dining
Contract No.: V688C-1528
A310001-21005

Dear Ms. France,

We are pleased to present our cost proposal in the amount of Twenty-Five Thousand Seven Hundred Fourteen and 10/100 ($25, 714.10) for the increase cost of insulation that is over and above the original quote submitted by AEC Services in September 2002. Please find attached the quotes from (2) subcontractors for your review.

There is no additional delay to the project at his time however the installation of this insulation will take 2-3 weeks. The current scheduled completion date is requested to be June 17, 2004 per PCO No. 4 sent 5/19/04

We reserve all of our rights to future compensation should we determine this change caused further impacts to the project.

Thank you for the opportunity to present this change order request. Should have any questions, please contact me at (301) 212-4361.

Sincerely,

Rick Lombardo
Project Manager
AEC Services, Inc.

# PCO - 5

Project: Patient Dining
SUBJECT: Increased Insulation Cots
PROJECT: A310001-21004

24-May-04

| PAGE NUMBER | TOTAL MATERIAL | TOTAL LABOR | TOTAL SUBS | TOTAL RAW |
|---|---|---|---|---|
| Sheet 2 Totals | 0.00 | 0.00 | 22,823.00 | 22,823.00 |
| | | | | |
| | 0.00 | 0.00 | 22,823.00 | 22,823.00 |
| | 5.75% | | | |
| Tax | 0.00 | | | 0.00 |
| | | | 10% | |
| Fee | | | 2,282.30 | 2282.3 |
| Labor Burden | | 30.46% | | |
| | | 0.00 | | |
| *Labor & Material* | | *0.00* | | |
| *Raw Cost* | | | | |
| 10% Overhead | | 10.00% | | |
| | | - | | 0.00 |
| Subtotal | | 0.00 | | |
| 10% Profit | | 10% | | |
| | | - | | 0.00 |
| Subtotal | | 0.00 | | |
| Subtotal | | | | 25,105.30 |
| Bond | | | | 2.43% |
| Bond Total | | | | 608.80 |
| TOTAL | | | | **25,714.10** |

PCO NO.5 A310001-21005

| ITEM | DESCRIPTION | QTY | UNIT | MAT UNIT PRICE $ | TOTAL MAT $ | LABOR QTY | UNIT | LABOR HRS | LABOR RATE $ | TOTAL LABOR $ | SUB PRICE $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | *General Conditions* | | | | | | | | | | |
| | Project Manager (1/2 Time) | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 55.00 | 0.00 | 0.00 |
| | Supervision | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | *Construction* | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | Insulation Subcontractor | 1 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 0.00 | 40,810.00 |
| | Original Pricing September 26, 2004 | 1 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 0.00 | (17,987.00) |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | LS | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0 | EA | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | | | | | 0.00 | 22,823.00 |