AEC SERVICES

Corporate Office
930 Kennedy St., Suite 120
Washington, DC 20011
TEL: 202 • 723 • 9061
FAX: 202 • 723 • 9062

September 30, 2004

*VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED*
Hazel A. France, Contracting Officer
Department of Veteran's Affairs Medical Center
50 Irving Street, NW
Washington, DC 20422

*Re: AEC Services, Inc.*
*Contract No. V688C-1528*
*Patient Dining Room Renovation*

Dear Ms. France:

AEC Services has recently sent to you the following requested change orders:

1. PC04 - Additional Containment, in the amount of $14,852.96 (plus an additional 9 days) on May 19, 2004.

2. PC05 - Increased Insulation Cost, in the amount of $25,714.10 on May 24, 2004.

3. PC07 - Wall Cover Time Extension request in the amount of $4,129.00 (plus time extension to July 23, 2004) on June 9, 2004.

It has now been over ninety (90) days since the last of these requests were forwarded to your office but no formal action has been taken. Therefore, pursuant to Paragraph 52.233-1 (Disputes) of the Contract, I am hereby requesting a written final Contracting Officer's decision within sixty (60) days of receipt of this letter.

Please feel free to contact me if you require any additional information.

Very truly yours,

Rick Lombardo
Project Manager