UNITED STATES POSTAL SERVICE

# Track & Confirm

**Current Status**

You entered 7003 0500 0001 4928 1088

Your item was delivered at 11:20 am on October 04, 2004 in WASHINGTON, DC 20422.

*Shipment Details >*

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

**Notification Options**

**▸ Track & Confirm by email** What is this? Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7003 0500 0001 4928 1088

7003 0500 0001 4928 1088

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To: Hazel A. France, Contracting Officer

Street, Apt. No.; or PO Box No.: 50 Irving Street, N.W.

City, State, ZIP+4: Washington, DC 20422

PS Form 3800, June 2002 See Reverse for Instructions