**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**AEC SERVICES, INC.**

*Plaintiff,*

**vs.**

**THE UNITED STATES**

*Defendant.*

**Electronically filed**
**March 14, 2005**

**No: 04-1737C**
**(Judge Smith)**

**NOTICE OF DISMISSAL**

AEC Services Inc., by counsel, pursuant to RCFC 41 (a)(1)(i), hereby gives notice of the dismissal of this action. Notice has been filed before the service of an answer or of a motion for summary judgment by the United States of America.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By s/ Donald H. Spence, Jr.
Donald H. Spence, Jr., Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax

Attorneys for AEC Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___ day of March, 2005, a copy of the foregoing Notice of Dismissal was mailed first class, postage prepaid to the following:

Jeffrey Scott Pease
United States Department of Justice
1100 L Street, NW
Washington, DC 20530

Attorneys for Defendant
USA

______________________________
Donald H. Spence, Jr.