IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) ) | Electronically filed March 16, 2005 No. 04-1737C (Judge Smith) |

DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF DISMISSAL
AND DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, does not object to plaintiff's notice of dismissal filed March 14, 2005.

Additionally, defendant notes that its response to the complaint is due March 16, 2005. Accordingly, defendant requests an enlargement of time to file its response. In the event plaintiff's notice of dismissal is granted, the complaint will be dismissed and no response will be required. In the event the Court should not grant plaintiff's notice of dismissal, we request an enlargement of 14 days from the date the Court rules upon plaintiff's pending notice of dismissal in which to file our response to the complaint. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant M. Snee
BRYANT M. SNEE
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011

Attorneys for Defendant

March 16, 2005

## CERTIFICATE OF FILING

I hereby certify that on this 16th day of March, 2005, a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF DISMISSAL AND DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease