# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| AEC SERVICES, INC. | * | |
| | * | |
| *Plaintiff,* | * | No. 04-1737C |
| | * | |
| v. | * | Filed: March 18, 2005 |
| | * | |
| THE UNITED STATES, | * | Senior Judge Smith |
| | * | |
| *Defendant.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby DISMISSES the complaint pursuant to Rule 41(a)(1)(i).

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
Senior Judge