# In the United States Court of Federal Claims

**No. 04-1737 C**

**AEC SERVICES, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed March 18, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(1)(i), that the complaint is dismissed.

Brian Bishop
Clerk of Court

**March 18, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.